DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| LORNETTE JOSEPH and LEOPOLD JOSEPH, | : |
| Plaintiffs, | : 1:07-CV-52 |
| v. | : |
| GREGORY MOORMAN, M.D., JUAN F. LUIS HOSPITAL AND MEDICAL CENTER and GOVERNMENT OF THE VIRGIN ISLANDS, | : |
| Defendants | : |

**ORDER DISMISSING CASE WITHOUT PREJUDICE ADMINISTRATIVELY**

THIS MATTER was filed on May 14, 2007.  The Plaintiff was ordered to show cause why this case should not be dismissed for failure to prosecute [5] by February 27, 2009.  Nothing further was filed.  It is hereby;

**ORDERED** that the matter is hereby dismissed administratively WITHOUT PREJUDICE.

ENTER:

Dated:  March 6, 2009          /s/ George W. Cannon, Jr.
                                        U.S. MAGISTRATE JUDGE